UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURDEEP SINGH BAJWA, | No. 1:26-cv-01740-DAD-CKD |
| Petitioner, | |
| v. | ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS AND DENYING PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER AS HAVING BEEN RENDERED MOOT |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |
| | (Doc. Nos. 1, 2) |

On March 3, 2026, petitioner Gurdeep Singh Bajwa filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE"). (Doc. No. 1.) Petitioner alleges that he entered the United States on April 12, 2023, was apprehended by Border Patrol the same day, and was released on his own recognizance on April 16, 2023. (*Id.* at ¶ 36.) On February 24, 2026, during a routine traffic stop, a police officer allegedly removed petitioner from his truck and transported him to the San Francisco ICE office, where he was taken into custody without any warning, paperwork, or legitimate reason. (*Id.* at ¶ 38.) Petitioner requests that the court issue a writ of habeas corpus ordering respondents to immediately release him from custody, enjoining respondents from re-detaining petitioner absent a custody hearing before a neutral arbiter, and granting petitioner

1

1    attorney's fees. (*Id.* at 20.)  Also on March 3, 2026, petitioner filed a motion for temporary

2    restraining order. (Doc. No. 2.)  The court set a briefing schedule as to that motion, directing

3    respondents to address whether any provision of law or fact in this case would distinguish it from

4    the circumstances addressed in this court's recent decisions in *Perez v. Albarran*, No. 1:25-cv-

5    01540-DAD-CSK (HC), 2025 WL 3187578 (E.D. Cal. Nov. 14, 2025) and *Rocha Chavarria v.*

6    *Chestnut*, No. 1:25-cv-01755-DAD-AC, 2025 WL 3533606 (E.D. Cal. Dec. 9, 2025).  (Doc. No.

7    5.)

8            On March 4, 2026, respondents filed an opposition to petitioner's motion for a temporary

9    restraining order and petition for writ of habeas corpus. (Doc. No. 6.)  Therein, respondents

10   concede that "[t]here are no significant factual or legal issues in this case that materially

11   distinguish it from this Court's prior Orders in" *Perez* or *Rocha Chavarria*. (*Id.* at 1.)

12   Respondents also volunteer that they are "amenable to the Court ruling on the underlying petition

13   for writ of habeas corpus" relying on the already submitted briefing. (*Id.*)

14           Accordingly, pursuant to the court's reasoning as stated in *Perez* and *Rocha Chavarria*,

15   the court will grant the pending petition for writ of habeas corpus in part.

16           For the reasons explained above,

17       1.      Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED, in part,

18               as follows:

19               a.      Respondents are ORDERED to immediately release petitioner from

20                       respondents' custody with the same conditions he was subject to

21                       immediately prior to his re-detention on February 24, 2026;

22               b.      Respondents are ENJOINED AND RESTRAINED from re-detaining

23                       petitioner for any purpose, absent exigent circumstances, without providing

24                       petitioner notice and a pre-detention hearing before an immigration judge

25                       where respondents will have the burden of demonstrating that petitioner is

26                       a danger to the community or a flight risk;

27   /////

28   /////

2

c.      Petitioner's request for attorney's fees and costs pursuant to 28 U.S.C.

§ 2412 is DENIED without prejudice to bringing a properly noticed and

supported motion;

2.      Petitioner's motion for a temporary restraining order (Doc. No. 2) is hereby

DENIED as having been rendered moot in light of this order; and

4.      The Clerk of the Court is directed to ENTER judgment in favor of petitioner and to

CLOSE this case.

IT IS SO ORDERED.

Dated:   **March 5, 2026**                    _Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE